UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEEDMARK TRANSPORTATION, INC., A NEW YORK CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>TOMMY DUONG, HECNY BROKERAGE SERVICES, INC., AND HECNY TRANSPORTATION, INC.<br><br>Defendants. | Case No. **2:23-cv-02027 MEMF (RAOx)**<br><br>*[Assigned to District Judge Maame Ewusi-Mensah Frimpong and Magistrate Judge Rozella A. Oliver]*<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINES [15]**<br><br>**For Defendant Tommy Duong:**<br>Complaint served: March 23, 2023<br>Current response date: May 12, 2023<br>New response date: June 9, 2023<br><br>**For the Hecny entity Defendants:**<br>Complaint served: March 22, 2023<br>Current response date: May 12, 2023<br>New response date: June 9, 2023<br><br>(Filed concurrently with Joint Stipulation to Extend Time to Respond to Initial Complaint and Declaration of Brittney E. Willis) |

/ / /

/ / /

Based on the Joint Stipulation to Extend Defendants Tommy Duong, Hecny Brokerage Services, Inc., and Hecny Transportation, Inc.'s Deadline to File a Responsive Pleading to Plaintiff's Complaint filed by Plaintiff Speedmark Transportation, Inc., it is hereby ordered that:

1. Defendants Tommy Duong, Hecny Brokerage Services, Inc., and Hecny Transportation, Inc.'s deadline to file a responsive pleading shall be on or before June 9, 2023.

**IT IS SO ORDERED**

Dated: May 12, 2023

_____
HONORABLE MAAME EWUSI-MENSAH FRIMPONG
United States District Court Judge

4863-7110-9219, v. 1