**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEEDMARK TRANSPORTATION, INC., A NEW YORK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TOMMY DUONG, HECNY BROKERAGE SERVICES, INC., AND HECNY TRANSPORTATION, INC.<br><br>Defendants. | Case No.: 2:23-cv-02027-MEMF-RAO<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL [ECF NO. 30-1]** |

On January 26, 2024, the Parties filed a proposed order dismissing this case with prejudice pursuant to stipulation of the parties and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. ECF No. 30.

/ / /

1

The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. All claims and counterclaims in the above-entitled action are hereby DISMISSED with prejudice.
2. Each party to this Stipulation shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: April 11, 2024

MAAME EWUSI-MENSAH F" IMPONG
United States District Judge